UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**          **DATE: 7/11/2016**
            **United States Magistrate Judge**
                                        **TIME: 12:00 p.m.**

**DOCKET NO: CV 15-3980 (JMA)**

**CASE: Reyes v. Imperial Sales, Inc. et al..**
   ___    **INITIAL CONFERENCE**
   _X_    **STATUS CONFERENCE**                     **BY TELEPHONE___**
   ___    **SETTLEMENT CONFERENCE**
   ___    **FINAL CONFERENCE  ORDER**

        **APPEARANCES:**     **FOR PLAINTIFF:**      **FOR DEFENDANTS:**

                                        **Jordan El-Hag**         **Saul Zabell**

**The following rulings were made:**

     **The plaintiffs' motion to disqualify Mr. Zabell is denied for the reasons set forth on the record.  However, as outlined at today's conference, prior to taking the deposition of any plaintiff, Mr. Zabell is directed to state the following: "I have been advised by the Court that I am not permitted to ask you any questions about your immigration status or interfere on that basis, with your right to go forward with this action."  The outstanding discovery issues have been resolved.  Counsel shall submit a joint letter, on or before July 18, 2016 outlining, their agreement with respect to these issues.  The letter shall include a schedule for the outstanding depositions.  The Court extended the discovery schedule as follows: All discovery, inclusive of expert discovery, to be concluded by October 12, 2016.  Any party planning on making a dispositive motion must take the first step in the motion process by October 25, 2016. The final conference is adjourned to November 9, 2016 at 11:30 a.m.  The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference.**

**SO ORDERED:**

_____/s/_____
