UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JOSE REYES, JAIRO BONILLA, AUGUSTIN SABILLON, JAVIER REYES, SELVIN VASQUEZ, MARVIN HERNANDEZ, HENRY HERNANDEZ, JOSE OLAN AMADOR, ARMANDO LAZO, VALERIO BAQUEDANO, JOSE MICHEL TORRES, JOSE ARGUETA, and NOEL EFRAIN CASTRO,

                Plaintiffs,

-against-

DEEP DISTRIBUTORS OF GREATER NEW YORK, INC. d/b/a THE IMPERIAL SALES, INC., TONY BINDRA, DANNY BINDRA, and HERB MILLER,

                Defendants.

---------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 28 2017 ★
LONG ISLAND OFFICE

15-cv-3980 (JMA)(ARL)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, JOSE REYES, AUGUSTIN SABILLON, SELVIN VASQUEZ, HENRY HERNANDEZ, JOSE OLAN AMADOR, ARMANDO LAZO, VALERIO BAQUEDANO, and JOSE ARGUETA, and Defendants, DEEP DISTRIBUTORS OF GREATER NEW YORK, INC. d/b/a THE IMPERIAL SALES, INC., TONY BINDRA, DANNY BINDRA, and HERB MILLER, through their respective undersigned counsel, that the above-captioned action be dismissed in its

entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

| | |
|---|---|
| EL-HAG & ASSOCIATES, P.C. *ATTORNEYS FOR PLAINTIFFS* 777 Westchester Avenue, Suite 101 White Plains, NY 10604 (914) 218-6190 | ZABELL & ASSOCIATES, P.C. *ATTORNEYS FOR DEFENDANTS* 1 Corporate Drive, Suite 103 Bohemia, NY 11716 (631) 589-7242 |
| By: _____ Jordan El-Hag, Esq. | By: _____ Saul D. Zabell, Esq. |
| Dated: 5/25/17 | Dated: 6-2-17 |

SO ORDERED on this 23rd day of August, 2017,

s/ Joan M. Azrack
—————————————
U. S. D. J.

Case Closed